In accordance with Local Rule 57.1, Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party and shall remain confidential as provided in Title 18§3153(c)(1).

# RELEASE STATUS REPORT TO THE COURT
## DISTRICT OF ARIZONA
## PRETRIAL SERVICES

**DEFENDANT:**   **Albert Wayne Rios**        **DOCKET NO.:**  4:15-CR-01201-FRZ-BGM-1

**TO APPEAR ON:**   **9/26/2016 for Sentencing**        **PACTS NO.:**  1769841

**BEFORE JUDGE:**   HONORABLE Frank R. Zapata, Senior United States District Judge

**INITIAL APPEARANCE DATE:**  12/4/2015

**RELEASE DATE:**  12/4/2015

**CONDITIONS OF RELEASE:**



    Pretrial Services Supervision
    Report Change of Address
    Weapons Restriction
    Alcohol Abstinence
    Drug Treatment
    No Illegal Use of Controlled Substances
    No Tampering with Substance Abuse Testing
    Substance Abuse Testing
    Mental Health Treatment

**MANDATORY DETENTION:  No**

**ADJUSTMENT UNDER SUPERVISION:**  The defendant was released to Pretrial Services' supervision on December 4, 2015.  Since that time, he has been residing in the District of Utah.  According to the defendant's assigned officer, he has reported as directed and has abided by his weapons and alcohol restriction. Additionally, all urinalyses submitted have tested negative for illicit substances. The defendant is not currently participating in mental health services.  The defendant was attending school fulltime with at Argosy University; however, he temporarily suspended his classes due to health issues, and intends to resume school once his health improves.

A criminal history records search conducted on September 21, 2016, revealed no new arrests or outstanding warrants.

**RECOMMENDATION:**  The defendant has been compliant with release conditions and Pretrial Services respectfully recommends voluntary surrender be permitted if a custody sentence is imposed.

Should the Court have any questions, please contact me at 520-205-4391 or on my cell at 520-308-7923.

9/21/2016
Date

Marcia  Ramonet
U.S. Pretrial Services Officer Assistant
Marcia_Ramonet@azd.uscourts.gov

**Reviewed By:**

9/21/2016
Date

Gabriel P. Gutierrez
Supervisory U.S. Pretrial Services Officer
Gabriel_Gutierrez@azd.uscourts.gov

cc:  U.S. Probation (sentencing only)

1769841